AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Jennifer Leigh Ryan

_____
Defendant

)
)  Case: 1:21-mj-00062
)  Assigned to: Judge Zia M. Faruqui
)  Assign Date: 1/15/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jennifer Leigh Ryan                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) -  Disorderly Conduct on Capitol Grounds

Date:   01/15/2021

_____
Zia M. Faruqui
2021.01.15 10:01:44 -05'00'
*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 1/15/2020
at *(city and state)* Plano, TX.

Date: 1/15/2021

_____
Jeffrey Cotner
*Arresting officer's signature*

Jeffrey Cotner Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jennifer Leigh Ryan | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | - Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_Amie Stemen_
Complainant's signature

Amie C. Stemen, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: January 15, 2021

_[signature]_ Zia M. Faruqui 2021.01.15 10:11:45 -05'00'
Judge's signature

City and state: Washington, DC

Zia M. Faruqui, United States Magistrate Judge
Printed name and title

[Print] [Save As...] [Attach] [Reset] Page 3

Case 4:24-mj-00370-KPJ Document 1 Filed 11/19/24 Page 3 of 18 PageID 2
Case 1:21-mj-00062-ZMF Document 1-1 Filed 01/15/21 Page 2 of 3

Case: 1:21-mj-00062
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/15/2021
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Amie C. Stemen, Special Agent with the Federal Bureau of Investigation ("FBI"), is one of the agents assigned to an ongoing investigation of riots and civil disorder that occurred on January 6, 2021 in and around the United States Capitol grounds by the FBI, United States Capitol Police ("USCP), Metropolitan Police Department ("MPD") and other law enforcement agencies. I have been a Special Agent with the FBI since May 2011. I am presently assigned to the Washington Field Office's International Corruption Squad. Since I became involved in this investigation on January 6, 2021, I have reviewed public tips, publicly available photos and video, and relevant documents, among other things. As a special agent with the FBI, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 05, 2021, a Facebook user Brian MILLER ("MILLER") tagged Jennifer Leigh RYAN's ("RYAN"), a.k.a. Jenna Ryan's, Facebook account, in a series of photographs from US Trinity Aviation in Denton, TX. According to open source information, the caption on the photographs noted, "We're so excited! DC bound to #StopTheSteal ". RYAN is the female circled in red in the photographs below.



After MILLER's post, on January 5, 2021, RYAN posted multiple videos on her Facebook account that appear to be taken on board a small private aircraft, on which she was traveling with others to Washington D.C.

Law enforcement agents retrieved a driver's license photograph of RYAN, a resident of TEXAS, and confirmed RYAN bore a resemblance to the pictures above.

On January 6, 2021, RYAN posted a video on her Facebook account that depicts her in a bathroom mirror stating, "We're gonna go down and storm the capitol. They're down there right now and that's why we came and so that's what we are going to do. So wish me luck." Subsequently, on January 6, 2021, RYAN posted a 21-minute Facebook Live video on her

Facebook account, of her and a group walking towards the U.S. Capitol building. RYAN posted photographs of herself at the U.S. Capitol building grounds to her social media accounts, including Facebook and Twitter. Of particular note is an image RYAN posted of herself to her Twitter account, which depicts RYAN in front of a broken window at the U.S. Capitol building, with the caption "Window at The capital [sic]. And if the news doesn't stop lying about us we're going to come after their studios next…"





Open source searches also uncovered a now-deleted Facebook live video taken by RYAN as she entered the Capitol building via the Rotunda entrance. The video was captured prior to deletion and reposted to YouTube for public viewing. The video shows RYAN in a large crowd attempting to walk through the entrance to the Capitol, which had visibly broken windows at the time. At the beginning of the live video, RYAN is heard stating, "we are going to f---ing go in here. Life or death, it doesn't matter. Here we go," as she approaches the top of the stairs in front of the columns immediately in front of the doors on the West side of the U.S. Capitol building. RYAN then turned on her rear facing camera--exposing her face-- and stated, "y'all know who to hire for your realtor. Jenna Ryan for your realtor." By minute 08:45 of the video, RYAN has made it to the front door of the building, clearly desecrated, with broken glass windows shattered, and security alarms sounding, as she yells "U-S-A! U-S-A!" and "here we are, in the name of Jesus!" Once inside the building among the crowd, RYAN is heard joining a chant "Fight for freedom! Fight for freedom!" and yelling, "this is our house!" At the end of the video, RYAN turns on her rear-facing camera again, showing her face inside the building.

Your affiant conducted an initial review of some of the surveillance footage captured on January 6, 2021 from cameras inside the Capitol building. During my review, I identified multiple images that depict RYAN entering the Capitol building through the Rotunda door and attempting to walk through the crowds, consistent with their locations as captured in the other various videos described above. In addition, I identified one image of RYAN holding up her cell phone inside the Capitol building.





In the hours immediately following the breach of the U.S. Capitol building, RYAN posted on Twitter: "We just stormed the Capital. It was one of the best days of my life."

Based on the foregoing, your affiant submits that there is probable cause to believe that Jennifer Leigh RYAN violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

     Your affiant submits there is also probable cause to believe that Jennifer Leigh RYAN violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
SPECIAL AGENT AMIE C. STEMEN
FEDERAL BUREAU OF
INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of January 2021.

Zia M. Faruqui
2021.01.15
10:14:12 -05'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case 4:21-mj-00062-MF Document 5 *SEALED* Filed 01/19/21 Page 9 of 18
Case 1:21-mj-00062-ZMF Document 1-2 *SEALED* Filed 01/15/21 Page 1 of 2 PageID 9

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jennifer Leigh Ryan

*Defendant*

)
) Case: 1:21-mj-00062
) Assigned to: Judge Zia M. Faruqui
) Assign Date: 1/15/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jennifer Leigh Ryan ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

Date: 01/15/2021

Zia M. Faruqui
2021.01.15 10:01:44 -05'00'

*Issuing officer's signature*

City and state: Washington, DC     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
*Arresting officer's signature*

*Printed name and title*

| DATE: | 1/15/2021 |
|---:|:---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 4:57 p.m. – 5:04 p.m. |
| TOTAL TIME: | 7 minutes |

CASE NUMBER 4:21-MJ-00037-KPJ

USA v. Jennifer Leigh Ryan

  Tracey Batson    
AUSA

  Brady Wyatt, Retained   
Defense Attorney

☒ INITIAL APPEARANCE COMPLAINT
☐ ARRAIGNMENT
☐ DETENTION HEARING    ☒ PRELIMINARY HEARING    ☐ STATUS CONFERENCE

☒    Hearing Held    ☒ Hearing Called    ☒ Defendant Sworn    ☐ Interpreter Required

☒    Date of arrest:   1/15/2021 – 1:21MJ062      (Other district court & case #)

☒    Defendant ☒ advised of charges  ☒ advised of maximum penalties  ☐ waived reading of indictment

☒    Defendant first appearance with counsel Attorney:    Brady Wyatt      ☒ Retained
☐    Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☐    Financial affidavit executed by dft.
☐    Defendant requests appointed counsel, is sworn and examined re: financial status.
☐    The court finds the defendant is ☐ able to employ counsel  ☐ unable to employ counsel.
☐    _____ CJA appointed
☐    _____ FPD appointed

☐    USA ORAL motion for detention  **USA did not move to detain***
☐    USA ORAL motion to continue ☐ Oral Order granting continuance  ☐ Oral Order denying continuance
☐    Defendant ORAL motion to continue detention hearing
☐    Oral Order granting continuance   ☐ Oral Order denying continuance
☐    Detention & Preliminary hearing set

☐    Detention Hearing waived.
☐    Defendant detained based on signed Waiver.
☐    Preliminary Hearing waived.
☐    Court found Probable Cause based on signed Waiver.
☒    Defendant signed Waiver of Rule 5 and 5.1 hearings: ☒ waives identity hearing; ☒ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐    Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting    district.
☐    Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☒    Order setting conditions of release  ☐ PR Bond executed
☐    Defendant failed to appear    ☐ oral order for arrest warrant    ☐ bond forfeited

Court ordered Defendant ☐ DETAINED ☒ RELEASED

☒   Conditions of Release entered

☐   Defendant remanded to USM.

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
EASTERN District of TEXAS



**FILED**
JAN 1 5 2021
Clerk, U.S. District Court
Eastern District of Texas

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 4:21MJ037 KPJ |
| JENNIFER LEIGH RYAN | ) | |
| _Defendant_ | ) | Charging District's Case No. 1:22-mj-062 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

District of Columbia _____ .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☒    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

   I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Jan 15, 2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Brady T. Wyatt, III
_____
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |  |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 4:21-MJ-037-KPJ |
| JENNIFER LEIGH RYAN | ) | | |
| *Defendant* | ) | | |

**FILED** JAN 1 5 2021
U.S. District Court
Eastern District of Texas

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of Person or organization _____

Address *(only if above is an organization)* _____

City and State _____ Tel. No. _____

who agrees (a) to supervise the defendant, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                        *Custodian or Proxy*      *Date*

☑ (7) The defendant must:
- ☑ (a) submit to supervision by and report for supervision to the *Pretrial Service Office*,
telephone number _____, no later than _____.
- ☑ (b) continue or actively seek employment.
- ☐ (c) continue or start an education program.
- ☑ (d) surrender any passport to: *US District Clerk's Office*.
- ☑ (e) not obtain a passport or any other travel documents.
- ☑ (f) abide by the following restrictions on personal associations, residence, or travel: *Texas or as approved by Pretrial Services*
- ☑ (g) avoid all contacts, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution including but not limited to: *any persons associated with your case.*
- ☐ (h) participate in a mental health assessment and/or a treatment program until discharged, as arranged by the probation officer, and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. _____
- ☐ (i) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling or the following purpose(s): _____
- ☐ (j) maintain residence at a halfway house or community corrections center.
- ☑ (k) not possess a firearm, destructive device, or other weapon.
- ☑ (l) not use alcohol ☐ at all ☑ excessively.
- ☐ (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed to you by a licensed medical practitioner.
- ☐ (n) submit to testing for a prohibited substance. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct or attempt to obstruct or tamper, with the efficiency and accuracy of any prohibited substance screening or testing.
- ☐ (o) participate in a program of inpatient or outpatient substance abuse therapy until discharged, as arranged by the probation officer, and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program
- ☐ (p) participate in one of the following location programs and comply with its requirements as directed.
    - ☐ (i) **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☐ as directed by the pretrial services office or supervising officer; or
    - ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    - ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ☐ (q) submit to the location monitoring and comply with all of the program requirements and instructions provided.
    - ☐ You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ☑ (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ☐ (s) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Carrollton, TX
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1/15/2021

_____
*Judicial Officer's Signature*

KIMBERLY C. PRIEST JOHNSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § | |
| | § | **CASE NUMBER 4:21-MJ-00037-KPJ** |
| **v.** | § § § § | |
| **JENNIFER LEIGH RYAN** | § | |

## ORDER

On October 21, 2020, the President signed into law the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), which amends Federal Rule of Criminal Procedure 5 (Initial Appearance). **Counsel should immediately read the amendment to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, which became effective upon enactment, and is entitled "Reminder of Prosecutorial Obligation".**

By this written Order – issued to the prosecution and defense counsel – the Court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such Order under applicable law.

This written Order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to any oral order entered by the Court on the first scheduled court date when both the prosecutor and defense counsel were present.

So ORDREED and SIGNED this 15th day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−00037−KPJ All Defendants

Case title: USA v. Ryan  
 Other court case number:  1:21−mj−00062 District of Columbia

Date Filed: 01/15/2021

Assigned to: Magistrate Judge Kimberly C Priest Johnson

### Defendant (1)

**Jennifer Leigh Ryan**  represented by  **Brady Thomas Wyatt , III**
Law Office of Brady T. Wyatt III
3300 Oak Lawn
Ste 600
Dallas, TX 75219
214−559−9115
Fax: 214−528−6601
Email: attywyatt@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

**USA**  represented by  **Tracey M Batson**
U.S. Attorney's Office
U S Dept of Justice

101 E. Park Blvd.
Suite 500
Plano, TX 75074–6759
972/509–1201 (main)
Fax: 19725091209
Email: tracey.batson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/15/2021 | 1 | 3 | Rule 5(c)(3) Documents Received from the District of Columbia; Case Number 1:21–mj–00062 as to Jennifer Leigh Ryan (Attachments: # 1 Unredacted Complaint, # 2 Arrest Warrant) (mcg) (Entered: 01/15/2021) |
| 01/15/2021 | 2 | 13 | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson: Initial Appearance and Preliminary Hearing as to Jennifer Leigh Ryan held on 1/15/2021. Defendant waived Rule 5 and 5.1 hearings. Order setting conditions of release entered. (Court Reporter Digital Recording.) (mcg) (Entered: 01/19/2021) |
| 01/15/2021 | 3 | 15 | WAIVER of Rule 5 & 5.1 Hearings by Jennifer Leigh Ryan. (mcg) (Entered: 01/19/2021) |
| 01/15/2021 | 4 | 16 | E–GOV SEALED ORDER Setting Conditions of Release. Signed by Magistrate Judge Kimberly C Priest Johnson on 1/15/2021. (mcg) (Entered: 01/19/2021) |
| 01/15/2021 | 5 | 19 | ORDER – Rule 5(f)(1) as to Jennifer Leigh Ryan. Signed by Magistrate Judge Kimberly C Priest Johnson on 1/15/2021. (mcg) (Entered: 01/19/2021) |